UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CEQUAN WILSON, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 5: 22-324-DCR |
| v. | ) ) | |
| OFFICER IBARRA, et al., | ) ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The plaintiff's Complaint [Record No. 1] is **DISMISSED**, with prejudice.

2. Judgment is entered in favor of the defendants with respect to the claims asserted in the plaintiff's Complaint.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: April 26, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky